[Nos. 20389-8-II; 20640-4-II.   Division Two.   October 10, 1997.]

JANET (MOLLENDORF) BEST, *Appellant*, v. MARCUS A. MOLLENDORF, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 93-2-08475-2, Nile E. Aubrey, J., entered January 19 and March 22, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20423-1-II.   Division Two.   October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. CONNOLLY, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 95-8-00024-3, Tom Reynolds, J., entered February 14, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20472-0-II.   Division Two.   October 10, 1997.]

THE STATE OF WASHINGTON, *on the Relation of Jason Andrew William James Bissenas*, ET AL., *Petitioner*, v. PHILLIP W. BLACKLEDGE, *Appellant*, ANITA LOUISE HOOBER (BISSENAS), *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-5-00922-7, Waldo F. Stone, J., entered February 20, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.